COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

Cause number:                                         01-13-00696-CV

Style:                                                     Lakisha Rucker

**v** Spring Independent School District

Date motions filed*:                              September 10, 2013 ; September 18, 2013

Type of motions:                                  Motion for extension of time to file the reporter's record

Party filing motions:                           Court reporter Lettie Witter and Court reporter Karen deShetler

Document to be filed:                          Reporter's record

Is appeal accelerated?            No

If motion to extend time:

    Original due date:                             July 30, 2013

    Number of previous extensions granted:         0                Current Due date:  July 30, 2013

    Date Requested:                                October 5, 2013 and October 17, 2013

Ordered that motion is:

    ☐      Granted

           If document is to be filed, document due:

           ☐     The Court will not grant additional motions to extend time

    ☐      Denied

    ☑      Dismissed (*e.g.*, want of jurisdiction, <u>moot</u>)

    ☐      Other: _____

    **The court reporter's filed their respective portions of the reporter's record on October 10, 2013 and October 11, 2013.  We therefore dismiss the motions for extension of time to file the reporter's record as moot.**

Judge's signature:   _____

          ☐ Acting individually    ☐ Acting for the Court

Panel consists of   /s/ Michael Massengale

Date:  December 27, 2013